# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired), | ) |
| Plaintiff, | ) ) ) Case No. 09 cv 4897 |
| v. | ) |
| LAKE FOREST PARTNERS, LLC, a Nevada corporation; TEC DEVELOPMENT INTERNATIONAL, INC., a defunct Illinois corporation; GREAT PRAIRIE VENTURES, LLC, a Wisconsin corporation; VENTANA FINANCIAL RESOURCES, INC., an Illinois corporation; BUZZ ENTERPRISES, INC., a dissolved Illinois corporation; and SANDRA GOEKEN-MILES a/k/a SANDRA GOEKEN, an individual, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SINGLE DEFENDANT

Plaintiff GENERAL JOHN T. CHAIN, JR. ("Chain") and Defendant SANDRA GOEKEN-MILES a/k/a SANDRA GOEKEN, ("Goeken") have entered into a confidential Settlement Agreement with respect to the Plaintiff's claims against Goeken. Chain and Goeken, by their respective attorneys, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the claims that Chain asserted against Goeken in this matter with prejudice, without costs, and with each party to bear its own attorneys' fees, expenses, and court costs. Chain and Goeken further agree and stipulate that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just cause to delay. Finally, Chain and Goeken agree that this Stipulation of Dismissal resolves this case as to Goeken only. The claims against other defendants remain pending and are not affected by entry of this stipulation.

**SO STIPULATED AND AGREED TO** on this 5th of May, 2010 by:

GENERAL JOHN T. CHAIN, JR.                SANDRA GOEKEN-MILES

 /s/ Jonathan M. Cyrluk                    /s/ Harold Rosen
Jonathan M. Cyrluk                         Mr. Harold Rosen
Stetler & Duffy, Ltd.                      Wolin Kelter & Rosen, Ltd.
11 S. LaSalle Street, Suite 1200           55 W. Monroe, Suite 3600
Chicago, Illinois 60603                    Chicago, IL 60603
Phone: (312) 338-0200                      Phone: (312) 424-0600
jcyrluk@stetleranduffy.com                 hrosen@wolinlaw.com
*One of the Attorneys for Plaintiff*       *One of the Attorneys for Defendant*
*General John T. Chain*                    *Sandra Goeken-Miles*

## CERTIFICATE OF SERVICE

       I, Jonathan Cyrluk, an attorney, certify that I caused a copy of this **Stipulation Of Dismissal With Prejudice As To Single Defendant** to be filed with the Clerk of the Court and served via the Court's CM/ECF system or as otherwise indicated on the counsel of record this 5th day of May, 2010.

       /s/ Jonathan M. Cyrluk