Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4897 | **DATE** | 5/6/2010 |
| **CASE TITLE** | General John T. Chain, Jr. Vs. Lake Forest Partners, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Sandra Goeken-Miles is hereby dismissed with prejudice, without costs, and with each party to bear its own attorneys' fees, expenses, and court costs pursuant to the Stipulation of Dismissal [45] filed by the parties on 5/5/10.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|